George B. Perabeau, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 27,718.

Suit for damages for personal injuries caused by street car striking mail wagon driven by plaintiff and throwing him onto the pavement. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923. Rehearing denied July 6, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Charles Le Roy Brown, for appellants; John R. Guilliams, Frank L. Kriete and Franklin B. Hussey, of counsel. James C. McShane, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Herbert E. Bradley, appellee, v. John A. Kelly et al., on appeal of John A. Kelly, appellant. Gen. No. 27,764.

Suit for an accounting on a written contract. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923. Rehearing denied July 3, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Edward N. Sherburne, for appellant; R. C. Martin, of counsel. Gustav E. Beerly, for appellee; Ellis S. Chesbrough, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Sarah Harris, appellee, v. City of Chicago et al., on appeal of City of Chicago, appellant. Gen. No. 27,773.

Suit for damages for personal injuries by falling on defective sidewalk. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Reversed with a finding of fact. Opinion filed June 20, 1923.

Samuel A. Ettelson, Corporation Counsel, and William H. Devenish, City Attorney, for appellant; Robert H. Farrell, of counsel. E. C. Glenny and W. H. Gallagher, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Charles M. Ross, appellee, v. Henry Luft, appellant. Gen. No. 27,778.

Forcible detainer for possession of a store. Directed verdict and judgment for possession. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Reversed. Opinion filed June 20, 1923.

John E. Crahen, for appellant. Epstein & Feiwell, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.